NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

KEVIN ANDREW ISOM, *Petitioner.*

No. 1 CA-CR 21-0416 PRPC
FILED 2-8-2022

Petition for Review from the Superior Court in Maricopa County
No.  CR2017-110429-001
The Honorable Ronda R. Fisk, Judge

**REVIEW GRANTED AND RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Kevin Andrew Isom, Buckeye
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell, Judge Randall M. Howe, and Judge James B. Morse Jr. delivered the decision of the Court.

---

**P E R   C U R I A M**:

**¶1** Petitioner Kevin Andrew Isom seeks review of the superior court's order denying his third petition for post-conviction relief.

**¶2** Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4** We grant review but deny relief.

